**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO. |
|  | : |  |
| LOVATO, et al. | : | 02-3924 |
| MCLEAN | : | 02-3966 |
| GAMEGAN-RICHARDSON | : | 02-3985 |
| CLIPSON | : | 02-4137 |
| TERILLI, et al. | : | 02-4243 |
| MOUSER, et al. | : | 02-4271 |
| STAMPER | : | 02-4321 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

### **O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the C.T.O. from the Judicial Panel on Multi District Litigation</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**James T. Giles, Chief Judge**