IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERLINDA LOVATO and<br>ADOLPH LOVATO<br><br>          Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CIVIL ACTION NO. 02-CV-3924<br><br><br><br><br>ENTRY OF APPEARANCE |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                                          Aline Fairweather



_____     _____
Alison T. Conn                                             Kirstin J. Miller



Dated:  August 19, 2002         DECHERT PRICE & RHOADS
                                                              4000 Bell Atlantic Tower
                                                              1717 Arch Street
                                                               Philadelphia, PA  19103-2793
                                                               (215) 994-4000