IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERLINDA LOVATO and<br>ADOLPH LOVATO | : <br> : <br> : <br> : <br>Plaintiffs,  : <br> : <br>v.           : <br> : <br>BAYER CORPORATION; : <br>BAYER AG; : <br>GLAXOSMITHKLINE, PLC; : <br>GLAXOSMITHKLINE; : <br>SMITHKLINE BEECHAM : <br> : <br>Defendants. : | CIVIL ACTION NO. 02-CV-3924<br><br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____    _____

Hope S. Freiwald                          Aline Fairweather


_____    _____

Alison T. Conn                             Kirstin J. Miller


Dated:  August 19, 2002           DECHERT PRICE & RHOADS
                                            4000 Bell Atlantic Tower
                                            1717 Arch Street
                                            Philadelphia, PA  19103-2793
                                            (215) 994-4000